GORDON SILVER
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 11-24915-BAM<br>Chapter 11 |
| WASHTRONICS OF AMERICA | |
| Debtor. | |
| | Date: N/A<br>Time: N/A |

## AMENDMENT COVER SHEET

**The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).**

- ☐ Voluntary Petition (specify reason for amendment)_____
- ☐ Summary of Schedules
- ☒ Schedule A – Real Property
- ☒ Schedule B – Personal Property
- ☐ Schedule C – Property Claimed as Exempt
- ☒ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☒ Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required.**
  - ☐ Add/change address of already listed creditor – **no fee**
- ☒ Schedule G – Schedule of Executory Contracts & Expired Leases
- ☐ Schedule H – Codebtors
- ☐ Schedule I – Current Income of Individual Debtor(s)
- ☐ Schedule J – Current Expenditures of Individual Debtor(s)
- ☒ Declaration Regarding Schedules
- ☒ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☒ Disclosure of Compensation of Attorney for Debtor
- ☐ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B, or 22C)
- ☐ Certificate of Credit Counseling
- ☒ Other:  List of Equity Shareholders, Verification of Creditor Matrix and Corporate Ownership Statement

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103145-002/1355301

Amendment of debtors(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov.

DATED: October 24, 2011.

GORDON SILVER

By:

MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Proposed Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103145-002/1355301

2

B6A (Official Form 6A) (12/07)

In re  **Washtronics of America**                                                                  ,          Case No.  __11-24915-BAM__
_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |
|  |  | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Washtronics of America**                                     ,    Case No.    **11-24915-BAM**
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank XXXXXXXX3653 | - | 1,302.67 |
| | | | Bank of Montreal XXXXXXXX6928 | - | 13.09 |
| | | | 1st Commerce Bank XXXXXXXX2364 | - | 1,348.92 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 2,664.68 |
|---|---|---|
|  | (Total of this page) | |

**3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Washtronics of America**                                                    Case No.   **11-24915-BAM**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attached Exhibit A.** | - | 82,872.40 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Litigation claims against Robert A. "Rob" Rose and Robert D. "Bob" Rose for preference, turnorver, interference with contract, interference with prospective economic advantage, among other potential or related claims.** | - | **Unknown** |
| | | Sub-Total ><br>(Total of this page) | | **82,872.40** |

Sheet  **1**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Washtronics of America**                                                          Case No.    **11-24915-BAM**
_____                                    _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Equipment technology on location pursuant to Wash Services Agreements and related proprietary software.** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Dodge Truck VIN 3D7KR28C06G287911**<br>**2006 Dodge Truck VIN 3D7KR28C06G287912** | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer Equipment** | - | 8,400.00 |
| | | **Furniture and Fixtures** | - | 9,000.00 |
| | | **Shop Equipment** | - | 92,000.00 |
| | | **Software** | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Washtronics equipment located in Sandston, VA** | - | 184,019.14 |
| | | **Washtronics equipment located in Portland, OR** | - | 224,848.69 |
| | | **Washtronics equipment located in Sacramento, CA** | - | 223,784.85 |
| | | **Washtronics equipment located in Colorado Springs, CO** | - | 179,814.84 |
| | | **Washtronics equipment located in Denver, CO** | - | 140,384.42 |
| | | **Washtronics equipment located in Alburquerque, NM** | - | 179,104.04 |
| | | **Washtronics equipment located in West Valley, CA** | - | 221,483.49 |
| | | **Washtronics equipment located in Sun Valley, CA** | - | 223,134.99 |

Sub-Total >    **1,705,974.46**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Washtronics of America**                                  Case No.   **11-24915-BAM**
_____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Washtronics equipment located in N. Las Vegas, NV | - | 200,942.12 |
| | | Washtronics equipment located in Jessup, MD | - | 166,899.39 |
| | | Washtronics equipment located in Ceres, CA | - | 30,564.72 |
| | | Washtronics equipment located in Phoenix, AZ | - | 133,212.61 |
| | | Washtronics equipment located in Woodburn | - | 223,927.89 |
| | | Washtronics equipment located in Modesto, CA | - | 198,668.12 |
| | | Washtronics equipment located in Boise, ID | - | 194,389.72 |
| | | Washtronics equipment utilized by Land O Frost | - | 12,371.27 |
| | | Chemical Blending Modules/RO | - | 230,048.85 |
| | | Washtronics equipment located in Aurora, CO | - | 154,723.42 |
| 30. Inventory. | | Raw Material (A&B Class) | - | 204,648.25 |
| | | Raw Material (C Class) | - | 20,351.00 |
| | | Raw Material (Other) | - | 31,389.76 |
| | | Supplies | - | 7,362.95 |
| | | Material Freight | - | 20,435.13 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          1,829,935.20
(Total of this page)
Total >          3,621,446.74

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Washtronics of America**                                               Case No.    **11-24915-BAM**
_____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | |
| Account No. | | Various dates; all personal property | | | | | | | | |
| **Frontier Capital 1445-444 St. Mary Avenue. Winnipeg, MB R3C 3T1 Canada** | - | | | | | X | | | | |
| | | Value $                      0.00 | | | | | | | 5,317,494.81 | 5,317,494.81 |
| Account No. | | Various dates; all personal property | | | | | | | | |
| **Manitoba Capital Fund 1445-444St. Mary Avenue Winnipeg, MB R3C 3T1 CANADA** | | | | | | X | | | | |
| | | Value $                      0.00 | | | | | | | 763,691.22 | 763,691.22 |
| Account No. | | Various dates; all wash services related equipment and rights under Wash Services Agreement | | | | | | | | |
| **Robert Andrew Rose 49 Rosser Road St. Francois Xavier Manitoba R4L 1A4 CANADA** | - | | | | | | | X | | |
| | | Value $                      0.00 | | | | | | | 3,009,040.33 | 3,009,040.33 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | Value $ | | | | | | | | |

| | | | |
|---|---|---|---|
| **0**    continuation sheets attached | Subtotal (Total of this page) | 9,090,226.36 | 9,090,226.36 |
| | Total (Report on Summary of Schedules) | 9,090,226.36 | 9,090,226.36 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Washtronics of America**                                                    Case No.    **11-24915-BAM**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| **Active Environmental Equipment** **Attn: Managing Member** **19 Avenida Valencia** **Los Lunas, NM 87031** | - | | | | | | 2,954.55 |
| Account No. | | | Trade Debt. | | | | |
| **Aliante Station Casino & Hotel** **Attn: Managing Member** **7300 Aliante Parkway** **North Las Vegas, NV 89084** | - | | | | | | 1,110.43 |
| Account No. | | | Trade Debt. | | | | |
| **Alkota Cleaning Systems, Inc.** **Attn: Managing Member** **P.O. Box 150413 Dept. 106039** **Hartford, CT 06115** | - | | | | | | 595.45 |
| Account No. | | | Trade Debt. | | | | |
| **All Hose, Inc.** **Attn: Managing Member** **4300 N. Pecos #2** **Las Vegas, NV 89115** | - | | | | | X | 5,731.10 |
| __18__   continuation sheets attached | | | | Subtotal (Total of this page) | | | 10,391.53 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Washtronics of America**                                                    Case No.   **11-24915-BAM**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt. | | | | |
| AP Formulators<br>Attn: Managing Member<br>1015 Georgia<br>South Houston, TX 77587 | | - | | | | | | 25,802.43 |
| Account No. | | | | Trade Debt. | | | | |
| Arimitsu Pumps<br>Attn: Managing Member<br>700 Mckinley St<br>Anoka, MN 55303 | | - | | | | | | 1,033.50 |
| Account No. | | | | Trade Debt. | | | | |
| Arrowhead Water<br>Attn: Managing Member<br>P.O. Box 856158<br>Louisville, KY 40285 | | - | | | | | | 294.25 |
| Account No. | | | | Trade Debt. | | | | |
| AT&T<br>Attn: Managing Member<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | | - | | | | | | 1,688.76 |
| Account No. | | | | Trade Debt. | | | | |
| Bearing Belt Chain Div. of Purvis Ind.<br>Attn: Managing Member<br>P.O. Box 540757<br>Dallas, TX 75354 | | - | | | | | | 4,177.57 |

Sheet no. __1__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **32,996.51**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                              Case No.    **11-24915-BAM**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt. | | | | |
| Bruce & Associates, CPA's & Consultants Attn: Managing Member 3431 E. Sunset, #4 Las Vegas, NV 89120 | | - | | | | | | 6,900.00 |
| Account No. | | | | Trade Debt. | | | | |
| Budget Rent a Car Attn: Managing Member 14297 Collections Center Dr. Chicago, IL 60693 | | - | | | | | | 1,614.64 |
| Account No. | | | | Trade Debt. | | | | |
| Burlington Chemical Company Attn: Managing Member 2215 Olde Sawmill Blvd. Dublin, OH 43016 | | - | | | | | | 4,112.00 |
| Account No. | | | | Trade Debt. | | | | |
| Century Link Attn: Managing Member Attn: Managing Member PO Box 2961 Phoenix, AZ 85062 | | - | | | | | | 1,602.98 |
| Account No. | | | | Trade Debt. | | | | |
| Century Link Attn: Managing Member Attn: Managing Member P.O. Box 1320 Charlotte, NC 28201 | | - | | | | | | 298.07 |

Sheet no.  **2**    of   **18**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    14,527.69

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                      Case No.    **11-24915-BAM**
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt. | | | | |
| Colonial Chemical Inc. Attn: Managing Member 225 Colonial Drive South Pittsburg, TN 37380 | | - | | | | | | 3,150.00 |
| Account No. | | | | Trade Debt. | | | | |
| Con-Way Multimodal, Inc. Attn: Managing Member P.O. Box6820 Portland, OR 97228 | | - | | | | | | 11,452.00 |
| Account No. | | | | Trade Debt. | | | | |
| Curtis Steel Attn: Managing Member 4564 Wynn Rd. Las Vegas, NV 89103 | | - | | | | | | 1,332.00 |
| Account No. | | | | Trade Debt. | | | | |
| Estes Express Lines Attn: Managing Member 3901 West Broad Street Richmond, VA 23230 | | - | | | | | | 1,917.02 |
| Account No. | | | | Trade Debt. | | | | |
| Fasco (Fastner & Supply) Attn: Managing Member 4315 W. Thompkins Las Vegas, NV 89103 | | - | | | | | | 3,277.86 |

Sheet no. __3__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    21,128.88

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                              Case No.    **11-24915-BAM**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt. | | | | |
| FedEx Attn: Managing Member P.O. Box 7221 Pasadena, CA 91109 | | - | | | | | | 271.83 |
| Account No. | | | | Trade Debt. | | | | |
| FedEx Freight Attn: Managing Member P.O. Box 21415 Pasadena, CA 91185 | | - | | | | | | 3,894.55 |
| Account No. | | | | Trade Debt. | | | | |
| Ferguson Enterprises Inc. #675 File Attn: Managing Member P.O. Box 2788 12500 Jefferson Ave. Newport News, VA 23602 | | - | | | | | | 148.29 |
| Account No. | | | | Trade Debt. | | | | |
| Fiero Fluid Power Attn: Managing Member 5280 Ward Rd. Arvada, CO 80003 | | - | | | | | | 348.75 |
| Account No. | | | | Trade Debt. | | | | |
| First Comp Central Park Plaza Attn: Managing Member 222 S. 15th Street, Suite 1500N Omaha, NE 68102 | | - | | | | | | 866.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                        5,529.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                              Case No.    **11-24915-BAM**
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt. | | | | |
| Florida Chemical<br>Attn: Managing Member<br>6810 E. Chelsea Street<br>Tampa, FL 33610 | - | | | | | | | | 5,514.33 |
| Account No. | | | | | Trade Debt. | | | | |
| Fort Dearbon Life Insurance Co.<br>Attn: Managing Member<br>36788 Wagle Way<br>Chicago, IL 60678 | - | | | | | | | | 939.16 |
| Account No. | | | | | Trade Debt. | | | | |
| G&K Services<br>Attn: Managing Member<br>4670 Vandenburg Drive<br>North Las Vegas, NV 89081 | - | | | | | | | | 1,166.17 |
| Account No. | | | | | Trade Debt. | | | | |
| Grainger<br>Attn: Managing Member<br>Dept. 868112814<br>P.O. Box 419267<br>Kansas City, MO 64146 | - | | | | | | | | 3,108.34 |
| Account No. | | | | | Trade Debt. | | | | |
| Grant Babb<br>Attn: Managing Member<br>2095 Newland St.<br>Denver, CO 80214 | - | | | | | | | | 279.36 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                11,007.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                      Case No.    **11-24915-BAM**
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt. | | | | |
| Graybar Electric Company, Inc. Attn: Managing Member 1460 E. 4th Street Los Angeles, CA 90033 | - | | | | | | | 5,228.48 |
| Account No. | | | | Trade Debt | | | | |
| Grove Madsen Attn: Managing Member 4155 W. Russell Rd., Ste. A Las Vegas, NV 89119 | - | | | | | | | 35,509.22 |
| Account No. | | | | Trade Debt. | | | | |
| Harmer Steel Products Co. Attn: Managing Member 9933 N. W. 107th Ave. Portland, OR 97231 | - | | | | | | | 1,749.00 |
| Account No. | | | | Trade Debt. | | | | |
| Harrington Industrial Plastics Attn: Managing Member P.O. Box 5128 Chino, CA 91708 | - | | | | | | | 4,581.08 |
| Account No. | | | | Trade Debt. | | | | |
| Holiday Inn Hotel & Suites Attn: Managing Member 1188 N. Dysart Road Goodyear, AZ 85338 | - | | | | | | | 507.46 |

Sheet no. __6__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                47,575.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Washtronics of America**                                Case No.   **11-24915-BAM**
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| Honest Plumbing Attn: Managing Member 3103 W. Valhalla Dr. Burbank, CA 91505 | | - | | | | | 395.00 |
| Account No. | | | Trade Debt. | | | | |
| IGUS Attn: Managing Member P.O. Box 14349 East Providence, RI 02914 | | - | | | | | 4,167.72 |
| Account No. | | | Trade Debt. | | | | |
| JCH Wire & Cable Facsimile Attn: Managing Member 4527 Losee Road North Las Vegas, NV 89031 | | - | | | | | 283.75 |
| Account No. | | | Trade Debt. | | | | |
| Johnson Controls Attn: Managing Member 3645 W. Oquendo Rd., Ste. 400 Las Vegas, NV 89118 | | - | | | | | 16,642.00 |
| Account No. | | | Trade Debt. | | | | |
| Johnstone Supply of Las Vegas Attn: Managing Member 2319 S. Western Ave. Las Vegas, NV 89102 | | - | | | | | 5,068.87 |

Sheet no. _7_ of _18_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  26,557.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**          Case No.____**11-24915-BAM**____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Trade Debt. | | | | |
| Jones Vargas ATTN: Managing Partner 3773 Howard Hughes Pkwy. Third Floor South Las Vegas, NV 89169 | | - | | | | | | | 1,582.00 |
| Account No. | | | | | Trade Debt. | | | | |
| Karcher North America Inc. Attn: Managing Member CH 19231 Palatine, IL 60055 | | - | | | | | | | 866.26 |
| Account No. | | | | | Trade Debt. | | | | |
| La Quinta - Bossier City Attn: Managing Member 309 Preston Blvd. Bossier City, LA 71111 | | - | | | | | | | 79.68 |
| Account No. | | | | | Trade Debt. | | | | |
| La Quinta - Buffalo Airport Attn: Managing Member 6619 Transit Rd. Buffalo, NY 14221 | | - | | | | | | | 1,009.36 |
| Account No. | | | | | Trade Debt. | | | | |
| La Quinta - Durham Chapel Hill Attn: Managing Member 4414 Durham Chapel Hill Blvd. Durham, NC 27707 | | - | | | | | | | 81.90 |

Sheet no. __8__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      3,619.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Washtronics of America**                                      Case No.   **11-24915-BAM**
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| La Quinta - Flagstaff<br>Attn: Managing Member<br>2015 South Beulah Blvd.<br>Flagstaff, AZ 86001 | | - | | | | | 105.34 |
| Account No. | | | Trade Debt. | | | | |
| La Quinta - Fruita Colorado<br>Attn: Managing Member<br>540 Raptor Rd.<br>Fruita, CO 81521 | | - | | | | | 128.88 |
| Account No. | | | Trade Debt. | | | | |
| La Quinta - Grand Junction, CO<br>Attn: Managing Member<br>2761 Crossroads Blvd.<br>Grand Junction, CO 81506 | | - | | | | | 426.25 |
| Account No. | | | Trade Debt. | | | | |
| La Quinta - Jessup<br>Attn: Managing Member<br>7300 Crestmount Rd.<br>Jessup, MD 20794 | | - | | | | | 315.70 |
| Account No. | | | Trade Debt. | | | | |
| La Quinta - Knoxville TN<br>Attn: Managing Member<br>258 North Peters Rd.<br>Knoxville, TN 37923 | | - | | | | | 392.64 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,368.81**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                           Case No.    **11-24915-BAM**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                                                       |   |   | Trade Debt. |   |   |   |   |
| La Quinta - Lincoln<br>Attn: Managing Member<br>4433 North 27th Street<br>Lincoln, NE 68521 | - |   |   |   |   |   | 77.59 |
| Account No.                                                                       |   |   | Trade Debt. |   |   |   |   |
| La Quinta - Loveland, CO<br>Attn: Managing Member<br>1450 Cascade Ave.<br>Loveland, CO 80538 | - |   |   |   |   |   | 127.38 |
| Account No.                                                                       |   |   | Trade Debt. |   |   |   |   |
| La Quinta - Modest Salida<br>Attn: Managing Member<br>4909 Sisk Road<br>Salida, CA 95368 | - |   |   |   |   |   | 1,932.18 |
| Account No.                                                                       |   |   | Trade Debt. |   |   |   |   |
| La Quinta - Portland NW - Downtown<br>Attn: Managing Member<br>4319 NW Yeon<br>Portland, OR 97210 | - |   |   |   |   |   | 604.31 |
| Account No.                                                                       |   |   | Trade Debt. |   |   |   |   |
| La Quinta - Reno<br>Attn: Managing Member<br>4001 Market Street<br>Reno, NV 89502 | - |   |   |   |   |   | 142.39 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,883.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                    Case No.    **11-24915-BAM**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**La Quinta - Sacramento**<br>**Attn: Managing Member**<br>**4604 Madison Ave.**<br>**Sacramento, CA 95841** | - | | Trade Debt. | | | | 660.24 |
| Account No.<br><br>**La Quinta - Santa Clarita**<br>**Attn: Managing Member**<br>**25201 The Old Road**<br>**Stevenson Ranch, CA 91381** | - | | Trade Debt. | | | | 909.28 |
| Account No.<br><br>**La Quinta - SLC West Valley**<br>**Attn: Managing Member**<br>**3540 South 2200 West**<br>**Salt Lake City, UT 84119** | - | | Trade Debt. | | | | 289.15 |
| Account No.<br><br>**La Quinta - Temple**<br>**Attn: Managing Member**<br>**1604 W Barton Ave.**<br>**Temple, TX 76504** | - | | Trade Debt. | | | | 70.18 |
| Account No.<br><br>**La Quinta - Wilsonville**<br>**Attn: Managing Member**<br>**8815 SW Sun Place**<br>**Wilsonville, OR 97070** | - | | Trade Debt. | | | | 98.02 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 2,026.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                         Case No.    **11-24915-BAM**
_____,
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> La Quinta - Woodburn <br> Attn: Managing Member <br> 120 Arney Rd. NE <br> Woodburn, OR 97071 | - | | Trade Debt. | | | | 373.05 |
| Account No. <br><br> La Quinta Inn - NM <br> Attn: Managing Member <br> 5241 San Antonio Dr. <br> Albuquerque, NM 87109 | - | | Trade Debt. | | | | 71.19 |
| Account No. <br><br> La Quinta Inn Denver Aurora <br> Attn: Managing Member <br> 1011 South Abilene St. <br> Aurora, CO 80012 | - | | Trade Debt. | | | | 1,806.04 |
| Account No. <br><br> La Quinta Inn Phoenix <br> Attn: Managing Member <br> 4929 West McDowell Rd. <br> Phoenix, AZ 85035 | - | | Trade Debt. | | | | 929.84 |
| Account No. <br><br> La Quintalnn Bentonville <br> Attn: Managing Member <br> 1001 S.E. Walton <br> Bentonville, AR 72712 | - | | Trade Debt. | | | | 201.40 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                3,381.52

B6F (Official Form 6F) (12/07) - Cont.

In re   **Washtronics of America**                                    ,     Case No. __**11-24915-BAM**__
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| Las Vegas Windustrial<br>Attn: Managing Member<br>4560 Wynn Road<br>Las Vegas, NV 89103 | - | | | | | | 6,533.38 |
| Account No. | | | Trade Debt. | | | | |
| Lights to Go<br>Attn: Managing Member<br>P.O. Box 533<br>Derby, KS 67037 | - | | | | | | 1,211.44 |
| Account No. | | | Trade Debt. | | | | |
| Mercor Management Inc.<br>Attn: Managing Member<br>444 St Mary Avenue, Suite 1445<br>Winnipeg, MB R3C3T1 Canada | - | | | | | | 44,365.00 |
| Account No. | | | Trade Debt. | | | | |
| Metrolift Branch 2717<br>Attn: Managing Member<br>4420 McGuire Street<br>North Las Vegas, NV 89081 | - | | | | | | 226.95 |
| Account No. | | | Trade Debt. | | | | |
| Midwest Equipment Inc.<br>Attn: Managing Member<br>P.O. Box 53054<br>Unit 1-1631 St. Mary's Rd.<br>Winnipeg, MB R3N 1ZD Canada | - | | | | | | 3,846.16 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            56,182.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **Washtronics of America**                               Case No.   **11-24915-BAM**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| Motion Industries Attn: Managing Member 2221 W. Mockingbird Lane Dallas, TX 75235 | - | | | | | | 34,267.20 |
| Account No. | | | Trade Debt. | | | | |
| Nevada Compressed Gas & Equipment Attn: Managing Member 1820 S. Western Ave. Las Vegas, NV 89102 | - | | | | | | 1,100.69 |
| Account No. | | | Trade Debt. | | | | |
| Nevada Energy Attn: Managing Member P.O. Box 30086 Reno, NV 89520 | - | | | | | | 2,220.29 |
| Account No. | | | Trade Debt. | | | | |
| Norman Fox Company Attn: Managing Member 14970 Don Julian Road La Puente, CA 91744 | - | | | | | | 2,665.01 |
| Account No. | | | Trade Debt. | | | | |
| Paletti USA Attn: Managing Member 119 Keystone Drive Montgomeryville, PA 18936 | - | | | | | X | 7,531.82 |

Sheet no.  **14**  of  **18**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **47,785.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                      Case No.    **11-24915-BAM**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| **PDM Steel Service Center** **Attn: Managing Member** **4475 Alto Ave.** **Las Vegas, NV 89115** | - | | | | | | 471.44 |
| Account No. | | | Trade Debt. | | | | |
| **Phillips Integration** **Attn: Managing Member** **27934 Bkackhawk Rd.** **Sun City, CA 92585** | - | | | | | | 11,710.00 |
| Account No. | | | Trade Debt. | | | | |
| **Plumbing & Mechanical Contractors Group** **Attn: Managing Member** **2000 SE Hanna Harvester Dr.** **Portland, OR 97222** | - | | | | | | 483.75 |
| Account No. | | | Trade Debt. | | | | |
| **Pressure Equipment Sales LLC** **Attn: Managing Member** **5646 N. 51st Ave.** **Glendale, AZ 85301** | - | | | | | | 1,087.61 |
| Account No. | | | Trade Debt. | | | | |
| **Purclean (New Wave Industries)** **Attn: Managing Member** **3315 Orange Grove Ave.** **North Highlands, CA 95660** | - | | | | | | 476.70 |

Sheet no.  **15**  of  **18**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        14,229.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                    Case No.    **11-24915-BAM**
_____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | $52,470.60 in accounts; $40,000.00 loan; $12,721.66 on American Express; $11,538.46 in payroll; $1,354.61 car allowance | | | | |
| Richard Guy Girardin Attn: Managing Member 32 Congressional Court Las Vegas, NV 89113 | - | | | | | | | | 118,085.33 |
| Account No. | | | | | Trade Debt. | | | | |
| Southwest Gas Corporation Attn: Managing Member PO BOX 98890 Las Vegas, NV 89150-0101 | - | | | | | | | | 806.54 |
| Account No. | | | | | Trade Debt. | | | | |
| Sunbelt Rentals Attn: Managing Member P.O. Box 409211 Atlanta, GA 30384 | - | | | | | | | | 3,995.16 |
| Account No. | | | | | Trade Debt. | | | | |
| Sunset Fire Protection LLC Attn: Managing Member 4550 Donovan Way, Ste. 102 Las Vegas, NV 89193 | - | | | | | | | | 224.26 |
| Account No. | | | | | Trade Debt. | | | | |
| Superior Pipe & Supply Attn: Managing Member 4627 Cameron St. Las Vegas, NV 89103 | - | | | | | | | | 1,658.88 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    124,770.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                        Case No.    **11-24915-BAM**
_____                                      _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| Surface Effects Attn: Managing Member 3130-A Westwood Dr. Las Vegas, NV 89109 | - | | | | | | 4,798.54 |
| Account No. | | | Trade Debt. | | | | |
| The Boise Hotel & Conference Center Attn: Managing Member 3300 Vista Ave. Boise, ID 83705 | - | | | | | | 389.85 |
| Account No. | | | Trade Debt. | | | | |
| Titan Metals Attn: Managing Member 3600 W. Reno Ave. Las Vegas, NV 89118 | - | | | | | | 470.40 |
| Account No. | | | Trade Debt. | | | | |
| Trump International Hotel & Tower LV Attn: Managing Member 2000 Fashion Show Drive Las Vegas, NV 89109 | - | | | | | | 1,934.24 |
| Account No. | | | Trade Debt. | | | | |
| United Rentals Attn: Managing Member 1855 S. Cole Rd. Boise, ID 83709 | - | | | | | | 524.42 |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,117.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Washtronics of America**                                    Case No.    **11-24915-BAM**
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Trade Debt. | | | | |
| Verizon Wireless<br>Attn: Managing Member<br>P.O. Box 96088<br>Bellevue, WA 98009 | - | | | | | | | | 365.62 |
| Account No. | | | | | Loan | | | | |
| Washtronics Canada, Inc.<br>Attn: Managing Member<br>1700-360 Main Street<br>Winnipeg, Manitoba R3C 323<br>Canada | - | | | | | X | | | 13,205,613.00 |
| Account No. | | | | | Trade Debt. | | | | |
| Western Exterminator Company<br>Attn: Managing Member<br>2943 E. Alexander Road<br>North Las Vegas, NV 89030 | - | | | | | | | | 89.00 |
| Account No. | | | | | Trade Debt. | | | | |
| Wright Express dba Fleet Services<br>Attn: Managing Member<br>P.O. Box 6293<br>Carol Stream, IL 60197 | - | | | | | | | | 13,445.64 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | 13,219,513.26 |
| | Total<br>(Report on Summary of Schedules) | 13,653,592.54 |

B6G (Official Form 6G) (12/07)

In re    **Washtronics of America**                                          Case No.    **11-24915-BAM**
                                        ,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **G&K Services**<br>**4670 Vandenburg Drive**<br>**North Las Vegas, NV 89081** | **Services for towels & floormats in office and shop.** |
| **Harsch Investment Properties**<br>**3111 South Valley View Blvd., Suite K-10**<br>**Las Vegas, NV 89102** | **Real Property Lease** |
| **Merchant Warehouse**<br>**Attn: Managing Member**<br>**P.O. Box 6600**<br>**Hagerstown, MD 21740** | **Merchant Services Agreement** |
| **Penske Truck Leasing Co., L.P.**<br>**Attn: Managing Member**<br>**1400 Candelaria Rd.**<br>**Albuquerque, NM 87107** | **Wash Services Agreement** |
| **Penske Truck Leasing Co., L.P.**<br>**15500 E. 32nd Ave.**<br>**Aurora, CO 80011** | **Wash Services Agreement** |
| **Penske Truck Leasing Co., L.P.**<br>**53 Morrison Avenue**<br>**Sacramento, CA 95838** | **Wash Services Agreement** |
| **Penske Truck Leasing Co., L.P.**<br>**540 Trampton Road**<br>**Sandston, VA 23150** | **Wash Services Agreement** |
| **Penske Truck Leasing Co., L.P.**<br>**11200 Peoria Street**<br>**Sun Valley, CA 91352** | **Wash Services Agreement** |
| **Penske Truck Leasing Co., L.P.**<br>**2211 South 2000 West**<br>**Salt Lake City, UT 84119** | **Wash Services Agreement** |
| **Penske Truck Leasing Co., L.P.**<br>**4510 N. Vandenberg Dr.**<br>**North Las Vegas, NV 89031** | **Wash Services Agreement** |
| **Penske Truck Leasing Co., L.P.**<br>**4110 NW Saint Helens Road**<br>**Portland, OR 97210** | **Wash Services Agreement** |

1
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Washtronics of America**                                          Case No.    **11-24915-BAM**
_____,
                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Penske Truck Leasing Co., L.P.<br>8685 Washington Blvd.<br>Jessup, MD 20794 | Wash Services Agreement |
| Penske Truck Leasing Co., L.P.<br>2255 Cygnt Hts.<br>Colorado Springs, CO 80916 | Wash Services Agreement |
| Penske Truck Leasing Co., L.P.<br>4605 Jackson Street<br>Denver, CO 80216 | Wash Services Agreement |
| Penske Truck Lesing Co., L.P.<br>10-Green Hills<br>P.O. Box 563<br>Reading, PA 19603 | Truck leases for International and P/U Truck |
| Premium Financing Specialists Corp<br>8245 Nieman Rd., Ste. 100<br>Overland Park, KS 66214 | Insurance premium for Financing Contract |
| Roger Bateman<br>8530 Fairview Rd.<br>Bon Aqua, TN 37025 | Employment Agreement |
| Scott White<br>13805 Broadstone Cv.<br>North Little Rock, AR 72117 | Employment Agreement |
| Tyson Foods, Inc.<br>2200 Don Tyson Pkwy.<br>Springdale, AR 72762 | Wash Services Agreement |
| United Capital Business Lending<br>Attn: Managing Member<br>P.O. Box 677<br>Hunt Valley, MD 21030-0677 | Wash Services Agreement |
| Warren Weingrad<br>4821 McAlpine Farm Road<br>Charlotte, NC 28226 | Employee Contract |
| WinCo Foods, LLC<br>650 N. Armstrong Place<br>Boise, ID 83704 | Wash Services Agreement |
| WinCo Foods, LLC<br>400 S. Woodland Ave.<br>Woodburn, OR 97071 | Wash Services Agreement |
| WinCo Foods, LLC<br>4400 Crows Landing Road<br>Modesto, CA 95358 | Wash Services Agreement |

Sheet    1    of    1    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Washtronics of America**                                                    Case No.    **11-24915-BAM**
_____                                        Chapter    **11**
                                    Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 21, 2011**                        Signature _____

                                                **Richard Guy Girardin**
                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re   **Washtronics of America**                  Case No.   **11-24915-BAM**

                                            Debtor(s)        Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$916,144.62** | **2011 YTD: Gross revenue from operation of business through 6/30/11** |
| **$1,064,762.00** | **2010: Gross revenue from operation of business** |
| **$1,461,807.00** | **2009: Gross revenue from operation of business** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit B** | | **$0.00** | **$0.00** |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit C** | | **$0.00** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Robert Rose v. Washtronics of America; Case NO. CV-112651** | | **Second Judicial District Court, Washoe County, NV** | **Pending** |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

## 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Gordon Silver** **3960 Howard Hughes Parkway, 9th Floor** **Las Vegas, NV 89169** | **9/21/11** | **$9,623.50. GS retains a balance of $90,376.50 in its retainer account.** |

4

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

6

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Bruce and Associates**<br>**CPAs and Consultants**<br>**3431 E. Sunset, #4**<br>**Las Vegas, NV 89120** | **2009-2011** |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

---

**20. Inventories**

None
☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|------|------|------|
| **1/2011** | **Amanda Sandino** | **$590,105.00** |
| **1/2010** | **Raphael Garcia** | **22,342.00** |

7

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 1/2011 | **Washtronic of America**<br>**6160 N. Hollywood Blve., Suite 109**<br>**Las Vegas, NV 89115** |
| 1/2010 | **Washtronic of America**<br>**6160 N. Hollywood Blve., Suite 109**<br>**Las Vegas, NV 89115** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Richard Guy Girardin**<br>**6160 N. Hollywood Blvd., Ste. 109**<br>**Las Vegas, NV 89115** | **President, Secretary, Treasurer, and Director** | **N/A** |
| **Washtronics Canada, Inc.**<br>**c/o Fillmore Riley, LLP**<br>**1700-360 Main Street**<br>**Winnipeg, Manitoba R3C 323**<br>**CANADA** | | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)
**Washtronics Canada Inc.**                    **105590020RC0002**

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

8

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 21, 2011**                              Signature _____

Richard Guy Girardin
President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re  **Washtronics of America**                                      Case No.  **11-24915-BAM**
                                                    Debtor(s)          Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 9,623.50 |
| Prior to the filing of this statement I have received | $ | 9,623.50 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

☐ Debtor   ☑ Other (specify):   **Additional advance under existing loan documents from Frontier Capital Partners, L.P. and Manitoba Capital Fund, L.P. was loaned to Washtronics of America, and Washtronics of America paid to Gordon Silver.**

3.   The source of compensation to be paid to me is:

☐ Debtor   ☑ Other (specify):   **Existing remainder of pre-petition retainer. $100,000.00 paid pre-petition and $90,376.50 remaining.**

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 24, 2011**

**Matthew C. Zirzow, Esq.**
**Gordon Silver**
**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
**(702) 796-5555  Fax: (702) 369-2666**

---

## United States Bankruptcy Court
### District of Nevada

In re  **Washtronics of America**

Case No.___**11-24915-BAM**_____

_____
Debtor

Chapter_____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Washtronics Canada, Inc.**<br>**Attn: Fillmore Riley, LLP**<br>**1700-360 Main Street**<br>**Winnipeg, Manitoba R3C 323**<br>**CANADA** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**October 21, 2011**_____

Signature_____

**Richard Guy Girardin**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   **Washtronics of America**

Debtor(s)

Case No.   **11-24915-BAM**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 21, 2011**

**Richard Guy Girardin/President**
Signer/Title

# United States Bankruptcy Court
## District of Nevada

In re    **Washtronics of America**

Debtor(s)

Case No.    **11-24915-BAM**
Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Washtronics of America**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Washtronics Canada, Inc.**
**Attn: Fillmore Riley, LLP**
**1700-360 Main Street**
**Winnipeg, Manitoba R3C 323**
**CANADA**

☐ None [*Check if applicable*]

**October 24, 2011**

Date

Matthew C. Zirzow, Esq.
Signature of Attorney or Litigant
Counsel for   **Washtronics of America**
**Gordon Silver**
**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
**(702) 796-5555 Fax:(702) 369-2666**

Active Environmental Equipment
Attn: Managing Member
19 Avenida Valencia
Los Lunas, NM 87031

Aliante Station Casino & Hotel
Attn: Managing Member
7300 Aliante Parkway
North Las Vegas, NV 89084

Alkota Cleaning Systems, Inc.
Attn: Managing Member
P.O. Box 150413 Dept. 106039
Hartford, CT 06115

All Hose, Inc.
Attn: Managing Member
4300 N. Pecos #2
Las Vegas, NV 89115

AP Formulators
Attn: Managing Member
1015 Georgia
South Houston, TX 77587

Arimitsu Pumps
Attn: Managing Member
700 Mckinley St
Anoka, MN 55303

Arrowhead Water
Attn: Managing Member
P.O. Box 856158
Louisville, KY 40285

AT&T
Attn: Managing Member
P.O. Box 6463
Carol Stream, IL 60197-6463

Bearing Belt Chain Div. of Purvis Ind.
Attn: Managing Member
P.O. Box 540757
Dallas, TX 75354

Bruce & Associates, CPA's & Consultants
Attn: Managing Member
3431 E. Sunset, #4
Las Vegas, NV 89120

Budget Rent a Car
Attn: Managing Member
14297 Collections Center Dr.
Chicago, IL 60693

Burlington Chemical Company
Attn: Managing Member
2215 Olde Sawmill Blvd.
Dublin, OH 43016

Century Link
Attn: Managing Member
Attn:  Managing Member
PO Box 2961
Phoenix, AZ 85062

Century Link
Attn: Managing Member
Attn:  Managing Member
P.O. Box 1320
Charlotte, NC 28201

Colonial Chemical Inc.
Attn: Managing Member
225 Colonial Drive
South Pittsburg, TN 37380

Con-Way Multimodal, Inc.
Attn: Managing Member
P.O. Box6820
Portland, OR 97228

Curtis Steel
Attn: Managing Member
4564 Wynn Rd.
Las Vegas, NV 89103

Estes Express Lines
Attn: Managing Member
3901 West Broad Street
Richmond, VA 23230

Fasco (Fastner & Supply)
Attn: Managing Member
4315 W. Thompkins
Las Vegas, NV 89103

FedEx
Attn: Managing Member
P.O. Box 7221
Pasadena, CA 91109

FedEx Freight
Attn: Managing Member
P.O. Box 21415
Pasadena, CA 91185

Ferguson Enterprises Inc. #675 File
Attn: Managing Member
P.O. Box 2788
12500 Jefferson Ave.
Newport News, VA 23602

Fiero Fluid Power
Attn: Managing Member
5280 Ward Rd.
Arvada, CO 80003

First Comp Central Park Plaza
Attn: Managing Member
222 S. 15th Street, Suite 1500N
Omaha, NE 68102

Florida Chemical
Attn: Managing Member
6810 E. Chelsea Street
Tampa, FL 33610

Fort Dearbon Life Insurance Co.
Attn: Managing Member
36788 Wagle Way
Chicago, IL 60678

**Frontier Capital
1445-444 St. Mary Avenue.
Winnipeg, MB R3C 3T1 Canada**

G&K Services
Attn: Managing Member
4670 Vandenburg Drive
North Las Vegas, NV 89081

Grainger
Attn: Managing Member
Dept. 868112814
P.O. Box 419267
Kansas City, MO 64146

Grant Babb
Attn: Managing Member
2095 Newland St.
Denver, CO 80214

Graybar Electric Company, Inc.
Attn: Managing Member
1460 E. 4th Street
Los Angeles, CA 90033

Grove Madsen
Attn: Managing Member
4155 W. Russell Rd., Ste. A
Las Vegas, NV 89119

Harmer Steel Products Co.
Attn: Managing Member
9933 N. W. 107th Ave.
Portland, OR 97231

Harrington Industrial Plastics
Attn: Managing Member
P.O. Box 5128
Chino, CA 91708

Holiday Inn Hotel & Suites
Attn: Managing Member
1188 N. Dysart Road
Goodyear, AZ 85338

Honest Plumbing
Attn: Managing Member
3103 W. Valhalla Dr.
Burbank, CA 91505

IGUS
Attn: Managing Member
P.O. Box 14349
East Providence, RI 02914

JCH Wire & Cable Facsimile
Attn: Managing Member
4527 Losee Road
North Las Vegas, NV 89031

Johnson Controls
Attn: Managing Member
3645 W. Oquendo Rd., Ste. 400
Las Vegas, NV 89118

Johnstone Supply of Las Vegas
Attn: Managing Member
2319 S. Western Ave.
Las Vegas, NV 89102

Jones Vargas
ATTN: Managing Partner
3773 Howard Hughes Pkwy.
Third Floor South
Las Vegas, NV 89169

Karcher North America Inc.
Attn: Managing Member
CH 19231
Palatine, IL 60055

La Quinta - Bossier City
Attn: Managing Member
309 Preston Blvd.
Bossier City, LA 71111

La Quinta - Buffalo Airport
Attn: Managing Member
6619 Transit Rd.
Buffalo, NY 14221

La Quinta - Durham Chapel Hill
Attn: Managing Member
4414 Durham Chapel Hill Blvd.
Durham, NC 27707

La Quinta - Flagstaff
Attn: Managing Member
2015 South Beulah Blvd.
Flagstaff, AZ 86001

La Quinta - Fruita Colorado
Attn: Managing Member
540 Raptor Rd.
Fruita, CO 81521

La Quinta - Grand Junction, CO
Attn: Managing Member
2761 Crossroads Blvd.
Grand Junction, CO 81506

La Quinta - Jessup
Attn: Managing Member
7300 Crestmount Rd.
Jessup, MD 20794

La Quinta - Knoxville TN
Attn: Managing Member
258 North Peters Rd.
Knoxville, TN 37923

La Quinta - Lincoln
Attn: Managing Member
4433 North 27th Street
Lincoln, NE 68521

La Quinta - Loveland, CO
Attn: Managing Member
1450 Cascade Ave.
Loveland, CO 80538

La Quinta - Modest Salida
Attn: Managing Member
4909 Sisk Road
Salida, CA 95368

La Quinta - Portland NW - Downtown
Attn: Managing Member
4319 NW Yeon
Portland, OR 97210

La Quinta - Reno
Attn: Managing Member
4001 Market Street
Reno, NV 89502

La Quinta - Sacramento
Attn: Managing Member
4604 Madison Ave.
Sacramento, CA 95841

La Quinta - Santa Clarita
Attn: Managing Member
25201 The Old Road
Stevenson Ranch, CA 91381

La Quinta - SLC West Valley
Attn: Managing Member
3540 South 2200 West
Salt Lake City, UT 84119

La Quinta - Temple
Attn: Managing Member
1604 W Barton Ave.
Temple, TX 76504

La Quinta - Wilsonville
Attn: Managing Member
8815 SW Sun Place
Wilsonville, OR 97070

La Quinta - Woodburn
Attn: Managing Member
120 Arney Rd. NE
Woodburn, OR 97071

La Quinta Inn - NM
Attn: Managing Member
5241 San Antonio Dr.
Albuquerque, NM 87109

La Quinta Inn Denver Aurora
Attn: Managing Member
1011 South Abilene St.
Aurora, CO 80012

La Quinta Inn Phoenix
Attn: Managing Member
4929 West McDowell Rd.
Phoenix, AZ 85035

La QuintaInn Bentonville
Attn: Managing Member
1001 S.E. Walton
Bentonville, AR 72712

Las Vegas Windustrial
Attn: Managing Member
4560 Wynn Road
Las Vegas, NV 89103

Lights to Go
Attn: Managing Member
P.O. Box 533
Derby, KS 67037

**Manitoba Capital Fund**
**1445-444St. Mary Avenue**
**Winnipeg, MB R3C 3T1**
**CANADA**

**Mercor Management Inc.**
**Attn: Managing Member**
**444 St Mary Avenue, Suite 1445**
**Winnipeg, MB R3C3T1 Canada**

Metrolift Branch 2717
Attn: Managing Member
4420 McGuire Street
North Las Vegas, NV 89081

**Midwest Equipment Inc.**
**Attn: Managing Member**
**P.O. Box 53054**
**Unit 1-1631 St. Mary's Rd.**
**Winnipeg, MB R3N 1ZD Canada**

Motion Industries
Attn: Managing Member
2221 W. Mockingbird Lane
Dallas, TX 75235

Nevada Compressed Gas & Equipment
Attn: Managing Member
1820 S. Western Ave.
Las Vegas, NV 89102

Nevada Energy
Attn: Managing Member
P.O. Box 30086
Reno, NV 89520

Norman Fox Company
Attn: Managing Member
14970 Don Julian Road
La Puente, CA 91744

Paletti USA
Attn: Managing Member
119 Keystone Drive
Montgomeryville, PA 18936

PDM Steel Service Center
Attn: Managing Member
4475 Alto Ave.
Las Vegas, NV 89115

Phillips Integration
Attn: Managing Member
27934 Backhawk Rd.
Sun City, CA 92585

Plumbing & Mechanical Contractors Group
Attn: Managing Member
2000 SE Hanna Harvester Dr.
Portland, OR 97222

Pressure Equipment Sales LLC
Attn: Managing Member
5646 N. 51st Ave.
Glendale, AZ 85301

Purclean (New Wave Industries)
Attn: Managing Member
3315 Orange Grove Ave.
North Highlands, CA 95660

Richard Guy Girardin
Attn: Managing Member
32 Congressional Court
Las Vegas, NV 89113

**Robert Andrew Rose**
**49 Rosser Road**
**St. Francois Xavier**
**Manitoba R4L 1A4**
**CANADA**

Southwest Gas Corporation
Attn: Managing Member
PO BOX 98890
Las Vegas, NV 89150-0101

Sunbelt Rentals
Attn: Managing Member
P.O. Box 409211
Atlanta, GA 30384

Sunset Fire Protection LLC
Attn: Managing Member
4550 Donovan Way, Ste. 102
Las Vegas, NV 89193

Superior Pipe & Supply
Attn: Managing Member
4627 Cameron St.
Las Vegas, NV 89103

Surface Effects
Attn: Managing Member
3130-A Westwood Dr.
Las Vegas, NV 89109

The Boise Hotel & Conference Center
Attn: Managing Member
3300 Vista Ave.
Boise, ID 83705

Titan Metals
Attn: Managing Member
3600 W. Reno Ave.
Las Vegas, NV 89118

Trump International Hotel & Tower LV
Attn: Managing Member
2000 Fashion Show Drive
Las Vegas, NV 89109

United Rentals
Attn: Managing Member
1855 S. Cole Rd.
Boise, ID 83709

Verizon Wireless
Attn: Managing Member
P.O. Box 96088
Bellevue, WA 98009

Washtronics Canada, Inc.
Attn: Managing Member
1700-360 Main Street
Winnipeg, Manitoba R3C 323
Canada

Western Exterminator Company
Attn: Managing Member
2943 E. Alexander Road
North Las Vegas, NV 89030

Wright Express dba Fleet Services
Attn: Managing Member
P.O. Box 6293
Carol Stream, IL 60197

ECF:

MICHAEL B WIXOM
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

Michael G. Wilson, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Request for Special Notice:

Richard F. Holley, Esq.
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South 4th Street, Third Floor
Las Vegas, Nevada 89101

Jeffrey S. Rugg, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106

**EXHIBIT "A"**

11:02 AM
10/24/11

# Washtronics of America
# A/R Aging Summary (Values in Home Currency)
### As of September 21, 2011

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Land O Frost | 0.00 | 1,296.00 | 0.00 | 0.00 | 0.00 | 1,296.00 |
| **Penske** | | | | | | |
| Albuquerque | 0.00 | 5,118.75 | 0.00 | 0.00 | 0.00 | 5,118.75 |
| Aurora | 0.00 | 4,611.75 | 0.00 | 0.00 | 0.00 | 4,611.75 |
| Colorado Springs | 0.00 | 4,477.00 | 0.00 | 0.00 | 0.00 | 4,477.00 |
| Denver | 0.00 | 3,300.00 | 166.40 | 0.00 | 0.00 | 3,466.40 |
| Jessup | 0.00 | 5,508.75 | 0.00 | 0.00 | 0.00 | 5,508.75 |
| North Las Vegas | 0.00 | 2,622.00 | 2,331.57 | 0.00 | 0.00 | 4,953.57 |
| Portland | 0.00 | 3,376.00 | 0.00 | 0.00 | 0.00 | 3,376.00 |
| Sacramento | 0.00 | 5,758.75 | 0.00 | 0.00 | 0.00 | 5,758.75 |
| Sandston | 0.00 | 3,300.00 | 0.00 | 0.00 | 0.00 | 3,300.00 |
| Sun Valley | 0.00 | 2,540.30 | 0.00 | 0.00 | 0.00 | 2,540.30 |
| West Valley City | 0.00 | 4,367.00 | 0.00 | 0.00 | 0.00 | 4,367.00 |
| **Total Penske** | 0.00 | 44,980.30 | 2,497.97 | 0.00 | 0.00 | 47,478.27 |
| **Ryder** | | | | | | |
| Phoenix | 0.00 | 347.50 | 170.48 | 0.00 | 0.00 | 517.98 |
| **Total Ryder** | 0.00 | 347.50 | 170.48 | 0.00 | 0.00 | 517.98 |
| **Thompson Valley Transportation Facility** | 0.00 | 305.00 | 0.00 | 0.00 | 0.00 | 305.00 |
| **WAL-MART Stores, Inc.** | | | | | | |
| Buckeye, AZ | 0.00 | 1,862.50 | 2,021.25 | 0.00 | 0.00 | 3,883.75 |
| Loveland, CO | 0.00 | 4,511.00 | 0.00 | 0.00 | 0.00 | 4,511.00 |
| **Total WAL-MART Stores, Inc.** | 0.00 | 6,373.50 | 2,021.25 | 0.00 | 0.00 | 8,394.75 |
| **WinCo Foods** | | | | | | |
| Boise | 0.00 | 7,779.55 | 311.00 | 0.00 | 0.00 | 8,090.55 |
| Modesto | 0.00 | 8,692.85 | 0.00 | 0.00 | 0.00 | 8,692.85 |
| Woodburn | 0.00 | 8,097.00 | 0.00 | 0.00 | 0.00 | 8,097.00 |
| **Total WinCo Foods** | 0.00 | 24,569.40 | 311.00 | 0.00 | 0.00 | 24,880.40 |
| **TOTAL** | 0.00 | 77,871.70 | 5,000.70 | 0.00 | 0.00 | 82,872.40 |

**EXHIBIT "B"**

Washtronics of America                                              10/24/2011 11:17 AM

Register: 10010 · 1st Commerce Bank
From 06/23/2011 through 09/21/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/23/2011 | 2107 | Clark County Assessor | 19100 · Accounts Paya... | 140492-99 | 81.36 | X | | 12,761.82 |
| 06/23/2011 | 2108 | Dell Financial Services | 19100 · Accounts Paya... | 003-802248004 | 32.77 | X | | 12,729.05 |
| 06/23/2011 | 2109 | Ferry Bobbitt | 19100 · Accounts Paya... | | 77.01 | X | | 12,652.04 |
| 06/23/2011 | 2110 | Rafael Garcia | 19100 · Accounts Paya... | | 140.08 | X | | 12,511.96 |
| 06/23/2011 | 2111 | Ryan Deacon | 19100 · Accounts Paya... | | 243.02 | X | | 12,268.94 |
| 06/23/2011 | 2112 | Scott White | 19100 · Accounts Paya... | | 162.01 | X | | 12,106.93 |
| 06/23/2011 | 2113 | Tomas Hernandez | 19100 · Accounts Paya... | | 50.28 | X | | 12,056.65 |
| 06/23/2011 | 2114 | Warren Weingrad | 19100 · Accounts Paya... | | 192.43 | X | | 11,864.22 |
| 06/23/2011 | 2115 | Sandy DelaCruz | 19100 · Accounts Paya... | | 21.78 | X | | 11,842.44 |
| 06/23/2011 | 2116 | Karen Espinoza | 19100 · Accounts Paya... | | 125.00 | X | | 11,717.44 |
| 06/23/2011 | 2117 | Samantha Kennedy | 19100 · Accounts Paya... | | 80.00 | X | | 11,637.44 |
| 06/24/2011 | | | 14999 · Undeposited F... | Deposit | | X | 1,390.00 | 13,027.44 |
| 06/28/2011 | | | 10110 · Bank of Montr... | Wire for Rolly ... | 2,600.00 | X | | 10,427.44 |
| 06/28/2011 | Auto Ded... | State Farm Insurance | 19100 · Accounts Paya... | 1032-8117-24 | 193.92 | X | | 10,233.52 |
| 06/28/2011 | 1254 | | 60020 · Bank Service ... | Wire Transfer ... | 30.00 | X | | 10,203.52 |
| 06/30/2011 | Auto Ded... | Merchant Warehouse | 19100 · Accounts Paya... | | 1,576.94 | X | | 8,626.58 |
| 07/06/2011 | | | 14999 · Undeposited F... | Deposit | | X | 1,737.50 | 10,364.08 |
| 07/06/2011 | 2118 | Ferry Bobbitt | 19100 · Accounts Paya... | | 50.00 | X | | 10,314.08 |
| 07/06/2011 | 2119 | Midwest Equipment ... | 19100 · Accounts Paya... | | 3,846.16 | X | | 6,467.92 |
| 07/06/2011 | 2120 | First Comp | 19100 · Accounts Paya... | | 181.00 | X | | 6,286.92 |
| 07/06/2011 | 2121 | First Comp | 19100 · Accounts Paya... | | 174.00 | X | | 6,112.92 |
| 07/06/2011 | 2122 | First Comp | 19100 · Accounts Paya... | | 2,144.00 | X | | 3,968.92 |
| 07/07/2011 | | | -split- | Deposit | | X | 19,201.50 | 23,170.42 |
| 07/08/2011 | | | -split- | Deposit | | X | 5,257.25 | 28,427.67 |
| 07/08/2011 | 2124 | Fasco | 19100 · Accounts Paya... | | 248.60 | X | | 28,179.07 |
| 07/08/2011 | 2125 | Jose Eduardo Lopez | 19100 · Accounts Paya... | | 743.62 | X | | 27,435.45 |
| 07/08/2011 | | | 10020 · US Bank | Check #2123 | 13,000.00 | X | | 14,435.45 |
| 07/11/2011 | | | 14999 · Undeposited F... | Deposit | | X | 2,299.50 | 16,734.95 |
| 07/14/2011 | | | 10110 · Bank of Montr... | Wire transfer f... | 6,000.01 | X | | 10,734.94 |
| 07/14/2011 | 1259 | | 60020 · Bank Service ... | Wire transfer fee | 29.99 | X | | 10,704.95 |
| 07/15/2011 | | | -split- | Deposit | | X | 7,050.00 | 17,754.95 |
| 07/15/2011 | 2126 | New Jersey Casualty ... | 19100 · Accounts Paya... | | 873.00 | X | | 16,881.95 |
| 07/18/2011 | | | 14999 · Undeposited F... | Deposit | | X | 3,432.00 | 20,313.95 |
| 07/18/2011 | | | -split- | Deposit | | X | 5,725.50 | 26,039.45 |
| 07/18/2011 | 2127 | Grainger | 19100 · Accounts Paya... | 868112814 | 116.12 | X | | 25,923.33 |
| 07/18/2011 | 2128 | Alkota Cleaning Syst... | 19100 · Accounts Paya... | 500038 | 122.44 | X | | 25,800.89 |
| 07/19/2011 | 2130 | Avis Rent A Car Syst... | 19100 · Accounts Paya... | AV 62583-71-... | 664.54 | X | | 25,136.35 |
| 07/19/2011 | 2131 | Midwest Equipment ... | 19100 · Accounts Paya... | | 3,846.16 | X | | 21,290.19 |
| 07/19/2011 | 2132 | Ferry Bobbitt | 19100 · Accounts Paya... | | 278.19 | X | | 21,012.00 |
| 07/19/2011 | 2133 | Karen Espinoza | 19100 · Accounts Paya... | | 250.00 | X | | 20,762.00 |

Washtronics of America                                    10/24/2011 11:17 AM

Register: 10010 · 1st Commerce Bank
From 06/23/2011 through 09/21/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/19/2011 | 2134 | Rafael Garcia | 19100 · Accounts Paya... | | 52.88 | X | | 20,709.12 |
| 07/19/2011 | 2135 | Sandy DelaCruz | 19100 · Accounts Paya... | | 12.96 | X | | 20,696.16 |
| 07/19/2011 | 2136 | Tomas Hernandez | 19100 · Accounts Paya... | | 217.58 | X | | 20,478.58 |
| 07/19/2011 | 2137 | Dearborn National | 19100 · Accounts Paya... | | 879.58 | X | | 19,599.00 |
| 07/19/2011 | 2138 | Surface Effects | 19100 · Accounts Paya... | | 315.00 | X | | 19,284.00 |
| 07/19/2011 | 2139 | Allied Electronics | 19100 · Accounts Paya... | | 39.42 | X | | 19,244.58 |
| 07/19/2011 | | | 10020 · US Bank | Funds Transfer ... | 12,000.00 | X | | 7,244.58 |
| 07/20/2011 | 2140 | MyOffice Products | 19100 · Accounts Paya... | 10660014 | 95.65 | X | | 7,148.93 |
| 07/21/2011 | 2141 | Grant Babb | 19100 · Accounts Paya... | | 1,026.33 | X | | 6,122.60 |
| 07/27/2011 | | | 10110 · Bank of Montr... | Wire transfer f... | 2,699.99 | X | | 3,422.61 |
| 07/27/2011 | Online P... | Colonial Supplement... | 19100 · Accounts Paya... | | 1,054.50 | X | | 2,368.11 |
| 07/27/2011 | 1268 | | 60020 · Bank Service ... | Wire Transfer ... | 35.01 | X | | 2,333.10 |
| 07/28/2011 | | | 14999 · Undeposited F... | Deposit | | X | 2,700.00 | 5,033.10 |
| 07/28/2011 | 2143 | Danny A. Coot | 19100 · Accounts Paya... | | 559.10 | X | | 4,474.00 |
| 07/28/2011 | 2144 | Ferry Bobbitt | 19100 · Accounts Paya... | | 79.37 | X | | 4,394.63 |
| 07/28/2011 | | | 10020 · US Bank | Funds Transfer | 2,000.00 | X | | 2,394.63 |
| 07/29/2011 | Auto Ded... | State Farm Insurance | 19100 · Accounts Paya... | 1032-8117-24 | 193.92 | X | | 2,200.71 |
| 08/01/2011 | | | -split- | Deposit | | X | 4,607.00 | 6,807.71 |
| 08/01/2011 | Online P... | Nevada Energy | 19100 · Accounts Paya... | 300022808242... | 2,168.24 | X | | 4,639.47 |
| 08/02/2011 | 2145 | Karen Espinoza | 19100 · Accounts Paya... | | 125.00 | X | | 4,514.47 |
| 08/02/2011 | 2146 | Rafael Garcia | 19100 · Accounts Paya... | | 19.99 | X | | 4,494.48 |
| 08/04/2011 | | | 14999 · Undeposited F... | Deposit | | X | 695.00 | 5,189.48 |
| 08/04/2011 | Auto Ded... | Merchant Warehouse | 19100 · Accounts Paya... | | 1,481.35 | X | | 3,708.13 |
| 08/05/2011 | | | -split- | Deposit | | X | 10,108.50 | 13,816.63 |
| 08/08/2011 | | | 14999 · Undeposited F... | Deposit | | X | 1,390.00 | 15,206.63 |
| 08/10/2011 | | | -split- | Deposit | | X | 6,775.00 | 21,981.63 |
| 08/10/2011 | 2148 | Roger Bateman | 19100 · Accounts Paya... | | 419.58 | X | | 21,562.05 |
| 08/10/2011 | | | 10020 · US Bank | Funds Transfer ... | 20,000.00 | X | | 1,562.05 |
| 08/11/2011 | | | -split- | Deposit | | X | 18,032.50 | 19,594.55 |
| 08/11/2011 | 2149 | Darci Scott | 19100 · Accounts Paya... | | 200.00 | X | | 19,394.55 |
| 08/11/2011 | 2150 | Dustin Bauer | 19100 · Accounts Paya... | | 228.97 | X | | 19,165.58 |
| 08/11/2011 | 2151 | Mario DeBerardinis | 19100 · Accounts Paya... | | 1,442.68 | X | | 17,722.90 |
| 08/11/2011 | 2152 | Ryan Deacon | 19100 · Accounts Paya... | | 909.00 | X | | 16,813.90 |
| 08/11/2011 | 2153 | Warren Weingrad | 19100 · Accounts Paya... | | 998.73 | X | | 15,815.17 |
| 08/11/2011 | 2154 | Scott White | 19100 · Accounts Paya... | | 871.41 | X | | 14,943.76 |
| 08/11/2011 | 2155 | Jose Eduardo Lopez | 19100 · Accounts Paya... | | 552.02 | X | | 14,391.74 |
| 08/12/2011 | | | -split- | Deposit | | X | 12,158.75 | 26,550.49 |
| 08/12/2011 | | | 10110 · Bank of Montr... | Wire for payrol... | 6,500.02 | X | | 20,050.47 |
| 08/12/2011 | 1272 | | 60020 · Bank Service ... | Wire trransfer fee | 34.98 | X | | 20,015.49 |
| 08/15/2011 | 2156 | Tomas Hernandez | 19100 · Accounts Paya... | | 78.23 | X | | 19,937.26 |

Page 2

Washtronics of America                    10/24/2011 11:17 AM

Register: 10010 · 1st Commerce Bank
From 06/23/2011 through 09/21/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/16/2011 | 2157 | Ferry Bobbitt | 19100 · Accounts Paya... | | 250.00 | X | | 19,687.26 |
| 08/16/2011 | 2158 | Danny A. Coot | 61000 · Payroll (Unapp... | | 1,883.04 | X | | 17,804.22 |
| 08/17/2011 | | | 14999 · Undeposited F... | Deposit | | X | 265.96 | 18,070.18 |
| 08/17/2011 | 2159 | Jorge Cardenas | 61000 · Payroll (Unapp... | | 1,382.60 | X | | 16,687.58 |
| 08/17/2011 | 2160 | Rafael Garcia | 61000 · Payroll (Unapp... | | 1,477.93 | X | | 15,209.65 |
| 08/17/2011 | 2161 | Tomas Hernandez | 61000 · Payroll (Unapp... | | 1,457.30 | X | | 13,752.35 |
| 08/17/2011 | 2162 | Jose Valencia | 61000 · Payroll (Unapp... | | 1,295.15 | X | | 12,457.20 |
| 08/17/2011 | 2163 | Jose Viramontes | 61000 · Payroll (Unapp... | | 1,199.72 | X | | 11,257.48 |
| 08/17/2011 | 2164 | Karen Espinoza | 19100 · Accounts Paya... | | 125.00 | X | | 11,132.48 |
| 08/18/2011 | 2165 | Ferry Bobbitt | 61000 · Payroll (Unapp... | | 1,304.92 | X | | 9,827.56 |
| 08/18/2011 | 2166 | Ferry Bobbitt | 19100 · Accounts Paya... | | 59.23 | X | | 9,768.33 |
| 08/18/2011 | 2167 | Scott White | 61000 · Payroll (Unapp... | VOID: | | X | | 9,768.33 |
| 08/18/2011 | 2168 | Dustin Bauer | 61000 · Payroll (Unapp... | | 1,316.06 | X | | 8,452.27 |
| 08/18/2011 | 2169 | Roger Bateman | 61000 · Payroll (Unapp... | | 3,161.77 | X | | 5,290.50 |
| 08/18/2011 | 2170 | Sandy DelaCruz | 61000 · Payroll (Unapp... | | 1,308.51 | X | | 3,981.99 |
| 08/18/2011 | 2171 | Darci Scott | 61000 · Payroll (Unapp... | | 2,536.44 | X | | 1,445.55 |
| 08/29/2011 | | | 14999 · Undeposited F... | Deposit | | X | 84.40 | 1,529.95 |
| 08/29/2011 | Auto Ded... | State Farm Insurance | 19100 · Accounts Paya... | 1032-8117-24 | 193.92 | X | | 1,336.03 |
| 08/31/2011 | 1284 | | 60020 · Bank Service ... | Bank Service C... | 10.30 | X | | 1,325.73 |
| 09/02/2011 | Auto Ded... | Merchant Warehouse | 19100 · Accounts Paya... | | 1,576.41 | X | | -250.68 |
| 09/06/2011 | | | 14999 · Undeposited F... | Deposit | | X | 237.50 | -13.18 |
| 09/06/2011 | 1286 | | 51203 · Travel & Acco... | Budget Rental ... | | X | 38.00 | 24.82 |
| 09/06/2011 | | | 10020 · US Bank | Funds Transfer ... | | X | 1,000.00 | 1,024.82 |
| 09/09/2011 | | | 14999 · Undeposited F... | Deposit | | X | 1,437.00 | 2,461.82 |
| 09/09/2011 | | | -split- | Deposit | | X | 2,432.50 | 4,894.32 |
| 09/12/2011 | 2172 | Dustin Bauer | 19100 · Accounts Paya... | | 250.00 | X | | 4,644.32 |
| 09/12/2011 | 2173 | John York | 19100 · Accounts Paya... | | 400.00 | X | | 4,244.32 |
| 09/14/2011 | | | 14999 · Undeposited F... | Deposit | | X | 320.60 | 4,564.92 |
| 09/16/2011 | | | -split- | Deposit | | X | 7,784.00 | 12,348.92 |
| 09/16/2011 | | | 10020 · US Bank | Funds Transfer ... | 11,000.00 | X | | 1,348.92 |

Washtronics of America                                    10/24/2011 11:18 AM

Register: 10020 · US Bank
From 06/23/2011 through 09/21/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/24/2011 | 1251 | | 62120 · Child Support ... | Child Support ... | 402.65 | X | | 36,537.50 |
| 06/28/2011 | 1252 | | -split- | 401K PPE: 06/... | 629.42 | X | | 35,908.08 |
| 06/29/2011 | Debit Card | Lowe's | 19100 · Accounts Paya... | | 34.51 | X | | 35,873.57 |
| 06/29/2011 | Online P... | Travelers | 19100 · Accounts Paya... | 5404D9147 | 1,193.45 | X | | 34,680.12 |
| 06/30/2011 | | | 14999 · Undeposited F... | Deposit | | X | 1,390.00 | 36,070.12 |
| 06/30/2011 | 1255 | | 25200 · Due to S/H | Loan from S/H ... | | X | 40,000.00 | 76,070.12 |
| 06/30/2011 | 1256 | | 61000 · Payroll (Unapp... | Check from Ma... | | X | 1,304.92 | 77,375.04 |
| 07/06/2011 | 5888 | R.Guy Girardin | 19200 · Accounts Paya... | | 32,097.53 | X | | 45,277.51 |
| 07/06/2011 | 1257 | | -split- | Payroll PPE: 0... | 69,067.87 | X | | -23,790.36 |
| 07/07/2011 | | | -split- | Deposit | | X | 9,579.67 | -14,210.69 |
| 07/07/2011 | | | -split- | Deposit | | X | 9,614.80 | -4,595.89 |
| 07/07/2011 | | | -split- | Deposit | | X | 1,678.25 | -2,917.64 |
| 07/07/2011 | 1258 | Ryder:Phoenix | 44000 · Maintenance/S... | United Capital ... | | X | 1,152.91 | -1,764.73 |
| 07/08/2011 | 1263 | | -split- | 401K PPE: 07... | 694.42 | X | | -2,459.15 |
| 07/08/2011 | | | 10010 · 1st Commerce ... | Check #2123 | | X | 13,000.00 | 10,540.85 |
| 07/12/2011 | | | -split- | Deposit | | X | 8,182.50 | 18,723.35 |
| 07/14/2011 | 5889 | Harsch Investment C... | 19100 · Accounts Paya... | | 12,811.73 | X | | 5,911.62 |
| 07/14/2011 | 1261 | | 62120 · Child Support ... | Child Support ... | 717.88 | X | | 5,193.74 |
| 07/14/2011 | 1260 | | 60070 · Credit Card Fees | American Expr... | 1,075.65 | X | | 4,118.09 |
| 07/19/2011 | | | 14999 · Undeposited F... | Deposit | | X | 1,499.76 | 5,617.85 |
| 07/19/2011 | | | 14999 · Undeposited F... | Deposit | | X | 1,296.00 | 6,913.85 |
| 07/19/2011 | 1264 | | -split- | Wire from Rose | | X | 54,990.00 | 61,903.85 |
| 07/19/2011 | | | 10010 · 1st Commerce ... | Funds Transfer ... | | X | 12,000.00 | 73,903.85 |
| 07/20/2011 | 1265 | | -split- | Payroll PPE: 0... | 66,146.54 | X | | 7,757.31 |
| 07/21/2011 | Debit Card | Lowe's | 19200 · Accounts Paya... | | 9.63 | X | | 7,747.68 |
| 07/21/2011 | Debit Card | Home Depot | 19200 · Accounts Paya... | | 61.67 | X | | 7,686.01 |
| 07/21/2011 | Debit Card | Home Depot | 19200 · Accounts Paya... | | 22.29 | X | | 7,663.72 |
| 07/22/2011 | 5890 | Roger Bateman | 19100 · Accounts Paya... | | 277.48 | X | | 7,386.24 |
| 07/22/2011 | 5891 | Ryan Deacon | 19100 · Accounts Paya... | | 775.95 | X | | 6,610.29 |
| 07/22/2011 | 5892 | Dustin Bauer | 19100 · Accounts Paya... | | 102.81 | X | | 6,507.48 |
| 07/22/2011 | 1267 | | 62120 · Child Support ... | Child Support ... | 717.88 | X | | 5,789.60 |
| 07/22/2011 | 1271 | | 60095 · 401K [split] | 401K PPE: 07/... | 629.42 | X | | 5,160.18 |
| 07/25/2011 | | | 14999 · Undeposited F... | Deposit | | X | 7,745.00 | 12,905.18 |
| 07/25/2011 | 5894 | Sage Insurance | 19100 · Accounts Paya... | | 5,392.47 | X | | 7,512.71 |
| 07/25/2011 | 1266 | | 60170 · Equipment Lease | Dell Refund C... | | X | 32.77 | 7,545.48 |
| 07/26/2011 | Debit Card | Verizon Wireless | 19100 · Accounts Paya... | 0770888244 | 365.42 | X | | 7,180.06 |
| 07/27/2011 | 5895 | Active Environmenta... | 19100 · Accounts Paya... | | 458.23 | X | | 6,721.83 |
| 07/28/2011 | Debit | AutoZone | 19100 · Accounts Paya... | | 217.16 | X | | 6,504.67 |
| 07/28/2011 | Online P... | United Healthcare | 19100 · Accounts Paya... | 384773 | 8,610.10 | X | | -2,105.43 |
| 07/28/2011 | | | 10010 · 1st Commerce ... | Funds Transfer | | X | 2,000.00 | -105.43 |

Washtronics of America                                           10/24/2011 11:18 AM

Register: 10020 · US Bank
From 06/23/2011 through 09/21/2011

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 07/29/2011 | Debit Card | Mosmatic Corporation | 19200 · Accounts Paya... | | 128.27 | X | | -233.70 |
| 08/01/2011 | Debit Card | United States Postal ... | 19100 · Accounts Paya... | | 6.23 | X | | -239.93 |
| 08/01/2011 | Debit Card | Gibson Tool | 19200 · Accounts Paya... | | 150.05 | X | | -389.98 |
| 08/03/2011 | | | 14999 · Undeposited F... | Deposit | | X | 42,759.00 | 42,369.02 |
| 08/03/2011 | 5896 | Ferry Bobbitt | 61000 · Payroll (Unapp... | | 1,304.92 | X | | 41,064.10 |
| 08/03/2011 | 5897 | Jorge Cardenas | 61000 · Payroll (Unapp... | | 1,382.59 | X | | 39,681.51 |
| 08/03/2011 | 5898 | Danny A. Coot | 61000 · Payroll (Unapp... | | 1,444.47 | X | | 38,237.04 |
| 08/03/2011 | 5899 | Ryan Deacon | 61000 · Payroll (Unapp... | | 2,221.88 | X | | 36,015.16 |
| 08/03/2011 | 5900 | Sandy DelaCruz | 61000 · Payroll (Unapp... | | 1,308.50 | X | | 34,706.66 |
| 08/03/2011 | 5901 | Jeannine Dell'Aringa | 61000 · Payroll (Unapp... | | 2,832.78 | X | | 31,873.88 |
| 08/03/2011 | 5902 | Rafael Garcia | 61000 · Payroll (Unapp... | | 1,477.92 | X | | 30,395.96 |
| 08/03/2011 | 5903 | Tomas Hernandez | 61000 · Payroll (Unapp... | | 1,457.28 | X | | 28,938.68 |
| 08/03/2011 | 5904 | Jose Eduardo Lopez | 61000 · Payroll (Unapp... | | 2,427.61 | X | | 26,511.07 |
| 08/03/2011 | 5905 | Darci Scott | 61000 · Payroll (Unapp... | | 2,536.44 | X | | 23,974.63 |
| 08/03/2011 | 5906 | Jose Valencia | 61000 · Payroll (Unapp... | | 1,295.16 | X | | 22,679.47 |
| 08/03/2011 | 5907 | Jose Viramontes | 61000 · Payroll (Unapp... | | 1,199.70 | X | | 21,479.77 |
| 08/03/2011 | 5908 | Scott White | 61000 · Payroll (Unapp... | | 3,412.80 | X | | 18,066.97 |
| 08/03/2011 | 5909 | Dustin Bauer | 61000 · Payroll (Unapp... | | 1,669.58 | X | | 16,397.39 |
| 08/03/2011 | 5910 | Jeromy Ginther | 61000 · Payroll (Unapp... | | 2,696.17 | X | | 13,701.22 |
| 08/03/2011 | 5911 | Mario DeBerardinis | 61000 · Payroll (Unapp... | | 2,556.59 | X | | 11,144.63 |
| 08/03/2011 | 5912 | Warren Weingrad | 61000 · Payroll (Unapp... | | 3,743.63 | X | | 7,401.00 |
| 08/03/2011 | 5913 | Roger Bateman | 61000 · Payroll (Unapp... | | 3,612.53 | X | | 3,788.47 |
| 08/03/2011 | 5914 | Dustin Bauer | 19100 · Accounts Paya... | | 200.00 | X | | 3,588.47 |
| 08/05/2011 | 1282 | | 62120 · Child Support ... | Child Support ... | 717.88 | X | | 2,870.59 |
| 08/05/2011 | 1290 | | -split- | 401K PPE: 07/... | 694.42 | | | 2,176.17 |
| 08/08/2011 | | | -split- | Deposit | | X | 8,608.00 | 10,784.17 |
| 08/09/2011 | Online P... | Travelers | 19100 · Accounts Paya... | 5404D9147 | 1,193.45 | X | | 9,590.72 |
| 08/09/2011 | Online P... | Xpress Premium Fin... | 19100 · Accounts Paya... | GPF-136000 | 174.53 | X | | 9,416.19 |
| 08/09/2011 | 5915 | Tomas Hernandez | 19100 · Accounts Paya... | | 200.00 | X | | 9,216.19 |
| 08/10/2011 | 5916 | Ferry Bobbitt | 19100 · Accounts Paya... | | 500.00 | X | | 8,716.19 |
| 08/10/2011 | 5917 | Jose Valencia | 19100 · Accounts Paya... | | 100.00 | X | | 8,616.19 |
| 08/10/2011 | 5918 | Clark County Dept. o... | 19100 · Accounts Paya... | | 540.00 | X | | 8,076.19 |
| 08/10/2011 | 5919 | R.Guy Girardin | 19200 · Accounts Paya... | | 27,452.47 | X | | -19,376.28 |
| 08/10/2011 | | | 10010 · 1st Commerce ... | Funds Transfer ... | | X | 20,000.00 | 623.72 |
| 08/11/2011 | Debit | United States Postal ... | 19200 · Accounts Paya... | | 17.40 | X | | 606.32 |
| 08/11/2011 | Debit Card | Sam's Club | 19100 · Accounts Paya... | | 28.75 | X | | 577.57 |
| 08/11/2011 | 1273 | | 60020 · Bank Service ... | Analysis Servic... | 17.50 | X | | 560.07 |
| 08/12/2011 | Debit | PepBoys Auto | 19100 · Accounts Paya... | | 366.99 | X | | 193.08 |
| 08/15/2011 | 1277 | | 60020 · Bank Service ... | Service Charge... | 10.00 | X | | 183.08 |
| 08/16/2011 | | | -split- | Deposit | | X | 17,071.44 | 17,254.52 |

Page 2

Washtronics of America                                      10/24/2011 11:18 AM

Register: 10020 · US Bank
From 06/23/2011 through 09/21/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/16/2011 | 1275 | | 61000 · Payroll (Unapp... | Payroll PPE: 0... | 14,962.15 | X | | 2,292.37 |
| 08/16/2011 | 1276 | | 12101 · Employee Adv... | Cash Deposit - ... | | X | 44.06 | 2,336.43 |
| 08/18/2011 | 5920 | Mario DeBerardinis | 61000 · Payroll (Unapp... | | 2,249.80 | X | | 86.63 |
| 08/18/2011 | 5921 | Scott White | 61000 · Payroll (Unapp... | | 3,412.79 | X | | -3,326.16 |
| 08/18/2011 | 5922 | Jeannine Dell'Aringa | 61000 · Payroll (Unapp... | | 2,832.78 | X | | -6,158.94 |
| 08/18/2011 | 5923 | Warren Weingrad | 61000 · Payroll (Unapp... | | 3,743.62 | X | | -9,902.56 |
| 08/18/2011 | 5924 | Jeromy Ginther | 61000 · Payroll (Unapp... | | 2,696.18 | X | | -12,598.74 |
| 08/18/2011 | 5925 | Ryan Deacon | 61000 · Payroll (Unapp... | | 2,221.87 | X | | -14,820.61 |
| 08/18/2011 | 5926 | Jose Eduardo Lopez | 61000 · Payroll (Unapp... | | 2,104.01 | X | | -16,924.62 |
| 08/18/2011 | 1279 | Jones Vargas | 12102 · Prepaid Legal | Void - Check #... | | X | 2,500.00 | -14,424.62 |
| 08/19/2011 | 1280 | Mercor | 19100 · Accounts Paya... | Wire from Mer... | | X | 15,000.00 | 575.38 |
| 08/19/2011 | 1281 | | 60020 · Bank Service ... | Wire service ch... | 10.00 | X | | 565.38 |
| 08/19/2011 | 1291 | | -split- | 401K PPE: 8/... | 629.42 | | | -64.04 |
| 08/22/2011 | Debit | Wal-Mart | 19100 · Accounts Paya... | | 38.20 | X | | -102.24 |
| 08/23/2011 | 5927 | Ferry Bobbitt | 19100 · Accounts Paya... | | 400.00 | X | | -502.24 |
| 08/26/2011 | 1283 | Ryder:Phoenix | 44000 · Maintenance/S... | United Capital ... | | X | 2,930.47 | 2,428.23 |
| 08/29/2011 | 5928 | Active Environmenta... | 19100 · Accounts Paya... | | 1,123.52 | | | 1,304.71 |
| 08/29/2011 | 5929 | Ryan Deacon | 19100 · Accounts Paya... | | 1,121.32 | X | | 183.39 |
| 08/31/2011 | | | -split- | Deposit | | X | 1,343.00 | 1,526.39 |
| 08/31/2011 | 5930 | Ryan Deacon | 19100 · Accounts Paya... | | 346.49 | X | | 1,179.90 |
| 09/02/2011 | 5931 | Jeromy Ginther | 61000 · Payroll (Unapp... | | 2,696.18 | | | -1,516.28 |
| 09/02/2011 | 5932 | R.Guy Girardin | 61000 · Payroll (Unapp... | | 5,444.41 | | | -6,960.69 |
| 09/02/2011 | 5933 | Warren Weingrad | 61000 · Payroll (Unapp... | | 3,743.62 | | | -10,704.31 |
| 09/02/2011 | 5934 | Scott White | 61000 · Payroll (Unapp... | | 3,412.79 | | | -14,117.10 |
| 09/02/2011 | 5935 | Darci Scott | 61000 · Payroll (Unapp... | | 2,536.44 | | | -16,653.54 |
| 09/02/2011 | 5936 | Ferry Bobbitt | 61000 · Payroll (Unapp... | | 1,304.92 | | | -17,958.46 |
| 09/02/2011 | 5937 | Tomas Hernandez | 61000 · Payroll (Unapp... | | 1,457.30 | | | -19,415.76 |
| 09/02/2011 | 5938 | Jose Viramontes | 61000 · Payroll (Unapp... | | 1,199.72 | | | -20,615.48 |
| 09/02/2011 | 5939 | Jose Valencia | 61000 · Payroll (Unapp... | | 477.25 | | | -21,092.73 |
| 09/02/2011 | 5940 | Rafael Garcia | 61000 · Payroll (Unapp... | | 990.31 | | | -22,083.04 |
| 09/02/2011 | 5941 | Jorge Cardenas | 61000 · Payroll (Unapp... | | 941.80 | | | -23,024.84 |
| 09/02/2011 | 5942 | Ryan Deacon | 61000 · Payroll (Unapp... | | 2,221.87 | | | -25,246.71 |
| 09/02/2011 | 5943 | Jeannine Dell'Aringa | 61000 · Payroll (Unapp... | | 2,832.78 | | | -28,079.49 |
| 09/02/2011 | 5944 | Sandy DelaCruz | 61000 · Payroll (Unapp... | | 1,308.51 | | | -29,388.00 |
| 09/02/2011 | 5945 | Roger Bateman | 61000 · Payroll (Unapp... | | 3,612.54 | | | -33,000.54 |
| 09/02/2011 | 5946 | Dustin Bauer | 61000 · Payroll (Unapp... | | 1,669.56 | | | -34,670.10 |
| 09/02/2011 | 5947 | Mario DeBerardinis | 61000 · Payroll (Unapp... | | 2,556.60 | | | -37,226.70 |
| 09/02/2011 | 5948 | Mario DeBerardinis | 19100 · Accounts Paya... | | 574.53 | | | -37,801.23 |
| 09/02/2011 | 5949 | Dustin Bauer | 19100 · Accounts Paya... | | 393.16 | | | -38,194.39 |
| 09/02/2011 | 5950 | Roger Bateman | 19100 · Accounts Paya... | | 869.35 | | | -39,063.74 |

Washtronics of America                                          10/24/2011 11:18 AM

Register: 10020 · US Bank
From 06/23/2011 through 09/21/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/02/2011 | 5951 | Jose Eduardo Lopez | 61000 · Payroll (Unapp... | | 2,288.27 | | | -41,352.01 |
| 09/02/2011 | 1285 | | -split- | Wire from Fron... | | | 59,990.00 | 18,637.99 |
| 09/02/2011 | 1289 | | -split- | 401K PPE 8/27... | 694.42 | | | 17,943.57 |
| 09/06/2011 | Online P... | United Healthcare | 19100 · Accounts Paya... | 384773 | 7,923.50 | | | 10,020.07 |
| 09/06/2011 | Online P... | Colonial Supplement... | 19100 · Accounts Paya... | | 1,054.50 | | | 8,965.57 |
| 09/06/2011 | 5953 | Dearborn National | 19100 · Accounts Paya... | | 879.58 | | | 8,085.99 |
| 09/06/2011 | 1287 | | 62120 · Child Support ... | PPE: 8/13/201... | 717.88 | | | 7,368.11 |
| 09/06/2011 | 1288 | | 62120 · Child Support ... | PPE: 8/27/201... | 717.88 | | | 6,650.23 |
| 09/06/2011 | | | 10010 · 1st Commerce ... | Funds Transfer ... | 1,000.00 | | | 5,650.23 |
| 09/07/2011 | Online P... | Colonial Supplement... | 19100 · Accounts Paya... | | 1,054.50 | | | 4,595.73 |
| 09/07/2011 | Online P... | Premium Financing ... | 19100 · Accounts Paya... | | 1,857.38 | | | 2,738.35 |
| 09/09/2011 | 5954 | Ryan Deacon | 19100 · Accounts Paya... | | 553.87 | | | 2,184.48 |
| 09/09/2011 | 5955 | Harsch Investment C... | 19100 · Accounts Paya... | | 14,088.09 | | | -11,903.61 |
| 09/09/2011 | 1292 | | -split- | Wire from Fron... | | | 13,990.00 | 2,086.39 |
| 09/12/2011 | | | -split- | Deposit | | | 4,442.50 | 6,528.89 |
| 09/13/2011 | 5956 | La Quinta - Springda... | 19100 · Accounts Paya... | | 110.62 | | | 6,418.27 |
| 09/15/2011 | 5957 | Gordon & Silver | 19100 · Accounts Paya... | | 100,000.00 | | | -93,581.73 |
| 09/15/2011 | 1293 | | -split- | Wire from Fron... | | | 99,990.00 | 6,408.27 |
| 09/16/2011 | 5958 | Harsch Investment C... | 19100 · Accounts Paya... | | 13,770.02 | | | -7,361.75 |
| 09/16/2011 | 5959 | Mario DeBerardinis | 61000 · Payroll (Unapp... | | 2,249.80 | | | -9,611.55 |
| 09/16/2011 | 5960 | Dustin Bauer | 61000 · Payroll (Unapp... | | 1,316.06 | | | -10,927.61 |
| 09/16/2011 | 5961 | Roger Bateman | 61000 · Payroll (Unapp... | | 3,161.77 | | | -14,089.38 |
| 09/16/2011 | 5962 | Jeannine Dell'Aringa | 61000 · Payroll (Unapp... | | 2,832.78 | | | -16,922.16 |
| 09/16/2011 | 5963 | Ryan Deacon | 61000 · Payroll (Unapp... | | 2,221.87 | | | -19,144.03 |
| 09/16/2011 | 5964 | Ferry Bobbitt | 61000 · Payroll (Unapp... | | 1,304.92 | | | -20,448.95 |
| 09/16/2011 | 5965 | Darci Scott | 61000 · Payroll (Unapp... | | 2,536.44 | | | -22,985.39 |
| 09/16/2011 | 5966 | Scott White | 61000 · Payroll (Unapp... | | 3,412.79 | | | -26,398.18 |
| 09/16/2011 | 5967 | Warren Weingrad | 61000 · Payroll (Unapp... | | 3,743.62 | | | -30,141.80 |
| 09/16/2011 | 5968 | R.Guy Girardin | 61000 · Payroll (Unapp... | | 4,244.41 | | | -34,386.21 |
| 09/16/2011 | 5969 | Sandy DelaCruz | 61000 · Payroll (Unapp... | | 790.78 | | | -35,176.99 |
| 09/16/2011 | 1294 | | 25000 · Due to Washtr... | Wire from Fron... | | | 24,985.00 | -10,191.99 |
| 09/16/2011 | 1295 | | 60020 · Bank Service ... | Analysis Servic... | 22.66 | | | -10,214.65 |
| 09/16/2011 | | | 10010 · 1st Commerce ... | Funds Transfer ... | | | 11,000.00 | 785.35 |
| 09/19/2011 | | | 14999 · Undeposited F... | Deposit | | | 34,906.00 | 35,691.35 |
| 09/19/2011 | Bank Trans | R.Guy Girardin | 19200 · Accounts Paya... | 16,500 w/d and... | 9,500.00 | | | 26,191.35 |
| 09/19/2011 | Cashiers ... | Penske Truck Leasin... | 19100 · Accounts Paya... | | 8,498.50 | | | 17,692.85 |
| 09/19/2011 | Debit Card | Xpress Premium Fin... | 19100 · Accounts Paya... | GPF-136000 | 174.53 | | | 17,518.32 |
| 09/19/2011 | Phone Py... | United Healthcare | 19100 · Accounts Paya... | 384773 | 7,923.50 | | | 9,594.82 |
| 09/19/2011 | 1296 | | 60020 · Bank Service ... | Fee for online ... | 20.00 | | | 9,574.82 |
| 09/20/2011 | Money O... | Allied Electronics | 19100 · Accounts Paya... | | 66.12 | | | 9,508.70 |

Page 4

Washtronics of America                                           10/24/2011 11:18 AM

Register: 10020 · US Bank
From 06/23/2011 through 09/21/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/20/2011 | Money O... | Anderson Plumbing | 19100 · Accounts Paya... | | 112.50 | | | 9,396.20 |
| 09/20/2011 | Money O... | Avis Rent A Car Syst... | 19100 · Accounts Paya... | AV 62583-71-... | 879.10 | | | 8,517.10 |
| 09/20/2011 | Money O... | Computer Repair Spe... | 19100 · Accounts Paya... | | 100.00 | | | 8,417.10 |
| 09/20/2011 | Money O... | CRS Services, Ltd. | 19100 · Accounts Paya... | | 225.00 | | | 8,192.10 |
| 09/20/2011 | Money O... | Ryan Deacon | 19100 · Accounts Paya... | | 278.08 | | | 7,914.02 |
| 09/20/2011 | Money O... | Scott White | 19100 · Accounts Paya... | | 577.39 | | | 7,336.63 |
| 09/20/2011 | Money O... | Shurjoint Piping Pro... | 19100 · Accounts Paya... | | 371.43 | | | 6,965.20 |
| 09/20/2011 | Money O... | Progressive Alloy | 19100 · Accounts Paya... | 1912 | 2,048.00 | | | 4,917.20 |
| 09/20/2011 | Money O... | Specialized Data Ad... | 19100 · Accounts Paya... | | 100.00 | | | 4,817.20 |
| 09/20/2011 | Money O... | Warren Weingrad | 19100 · Accounts Paya... | | 559.51 | | | 4,257.69 |
| 09/20/2011 | Money O... | HydroCut | 19100 · Accounts Paya... | | 532.00 | | | 3,725.69 |
| 09/20/2011 | Money O... | Hydrologics | 19100 · Accounts Paya... | | 890.78 | | | 2,834.91 |
| 09/20/2011 | Money O... | Nevada Bolt and Hose | 19100 · Accounts Paya... | | 10.24 | | | 2,824.67 |
| 09/20/2011 | Money O... | Dema Engineering | 19100 · Accounts Paya... | 092443 | 258.96 | | | 2,565.71 |
| 09/20/2011 | Money O... | Dosatron Internation... | 19100 · Accounts Paya... | W32190 | 438.18 | | | 2,127.53 |
| 09/20/2011 | Money O... | Elevate Web Designs | 19100 · Accounts Paya... | | 190.00 | | | 1,937.53 |
| 09/20/2011 | Money O... | MyOffice Products | 19100 · Accounts Paya... | 10660014 | 60.54 | | | 1,876.99 |
| 09/20/2011 | 5970 | Darci Scott | 19100 · Accounts Paya... | | 162.88 | | | 1,714.11 |
| 09/20/2011 | 5971 | Ferry Bobbitt | 19100 · Accounts Paya... | | 9.27 | | | 1,704.84 |
| 09/20/2011 | 1297 | | 70130 · Supplies and S... | Money Order F... | 25.50 | | | 1,679.34 |

**EXHIBIT "C"**

## Guy - Payroll
## 9/21/10 - 9/21/11

| PPE Date | Check Date | Gross Payroll Amount |
|---|---|---|
| 9/25/2010 | 10/1/2010 | $ 7,128.44 |
| 10/9/2010 | 10/15/2010 | $ 5,769.23 |
| 10/23/2010 | 10/29/2010 | $ 5,769.23 |
| 11/6/2010 | 11/12/2010 | $ 7,128.44 |
| 11/20/2010 | 11/26/2010 | $ 5,769.23 |
| 12/4/2010 | 12/10/2010 | $ 7,128.45 |
| 12/18/2010 | 12/24/2010 | $ 5,769.23 |
| 1/1/2011 | 1/7/2011 | $ 7,218.75 |
| 1/15/2011 | 1/21/2011 | $ 15,384.61 |
| 1/29/2011 | 2/4/2011 | $ 12,026.44 |
| 2/12/2011 | 2/18/2011 | $ 10,576.92 |
| 2/26/2011 | 3/4/2011 | $ 12,026.43 |
| 3/12/2011 | 3/18/2011 | $ 10,576.92 |
| 3/26/2011 | 4/1/2011 | $ 12,026.44 |
| 4/9/2011 | 4/15/2011 | $ 10,576.92 |
| 4/23/2011 | 4/29/2011 | $ 10,576.92 |
| 5/7/2011 | 5/13/2011 | $ 11,953.57 |
| 5/21/2011 | 5/27/2011 | $ 10,576.92 |
| 6/4/2011 | 6/10/2011 | $ 11,953.57 |
| 6/18/2011 | 6/24/2011 | $ 10,576.92 |
| 7/2/2011 | 7/8/2011 | $ 11,953.57 |
| 7/16/2011 | 7/22/2011 | $ 10,576.92 |
| 7/30/2011 | 8/5/2011 | $ - |
| 8/13/2011 | 8/19/2011 | $ - |
| 8/27/2011 | 9/2/2011 | $ 7,145.65 |
| 9/10/2011 | 9/16/2011 | $ 5,769.00 |
| | | $ 225,958.72 |

# Washtronics of America
## Transaction List by Vendor
### September 21, 2010 through September 21, 2011

| | Date | Num | Account | Split | Debit | Credit |
|---|---|---|---|---|---|---|
| **R.Guy Girardin** | | | | | | |
| | 10/01/2010 | 5326 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 5,427.15 |
| | 10/01/2010 | 5327 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 78,315.00 |
| | 10/01/2010 | 5328 | 10020 · US Bank | 19100 · Accounts Payable General | | 420.00 |
| | 11/02/2010 | 5428 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 68,415.99 |
| | 12/02/2010 | 5526 | 10020 · US Bank | 19100 · Accounts Payable General | | 64,551.71 |
| | 01/11/2011 | 5651 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 26,043.07 |
| | 02/08/2011 | 5682 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 22,347.93 |
| | 03/10/2011 | 5743 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 15,549.75 |
| | 03/11/2011 | 5744 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 12,814.54 |
| | 04/05/2011 | 5831 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 32,186.86 |
| | 05/05/2011 | 5869 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 25,102.19 |
| | 06/20/2011 | 5886 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 16,286.31 |
| | 07/06/2011 | 5888 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 32,097.53 |
| | 08/10/2011 | 5919 | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 27,452.47 |
| | 09/19/2011 | Bank Trans | 10020 · US Bank | 19200 · Accounts Payable Credit Card | | 9,500.00 |

| | **Total Reimbursements** | **436,510.50** |
|---|---|---|

## Payments to WCAN
### 9/21/10 - 9/21/11

| Date | Method | Amount (US) |
|------|--------|------------:|
| 10/7/2010 | Rose Funds | $ 11,461.03 |
| 10/21/2010 | Rose Funds | $ 997.01 |
| 11/3/2010 | Rose Funds | $ 14,078.84 |
| 12/2/2010 | Rose Funds | $ 13,112.77 |
| 1/14/2011 | Rose Funds | $ 12,364.49 |
| 2/10/2011 | Wire Transfer | $ 5,000.00 |
| 2/17/2011 | Wire Transfer | $ 5,000.00 |
| 2/25/2011 | Wire Transfer | $ 2,500.00 |
| 3/10/2011 | Wire Transfer | $ 2,300.00 |
| 3/16/2011 | Wire Transfer | $ 7,400.00 |
| 3/24/2011 | Wire Transfer | $ 9,600.00 |
| 4/8/2011 | Wire Transfer | $ 9,600.00 |
| 4/20/2011 | Wire Transfer | $ 2,400.00 |
| 5/4/2011 | Wire Transfer | $ 2,400.00 |
| 5/12/2011 | Wire Transfer | $ 9,700.00 |
| 6/1/2011 | Wire Transfer | $ 2,450.00 |
| 6/16/2011 | Wire Transfer | $ 9,600.00 |
| 6/28/2011 | Wire Transfer | $ 2,600.00 |
| 7/14/2011 | Wire Transfer | $ 6,000.00 |
| 7/29/2011 | Wire Transfer | $ 2,485.00 |
| 8/12/2011 | Wire Transfer | $ 6,500.00 |